IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW S. JONES,<br><br>                   Petitioner,<br><br>          vs.<br><br>CLARK DUCART, Acting Warden,<br>Pelican Bay State Prison,<br><br>                   Respondent. | No. 2:13-cv-02129-JKS<br><br>ORDER<br>[Re: Motion at Docket No. 47] |

       This Court denied Matthew S. Jones, a California state prisoner proceeding *pro se*, habeas relief and a certificate of appealability on November 1, 2016. Docket Nos. 45, 46. At Docket No. 47, Jones moves for leave to appeal *in forma pauperis*. As this Court has already granted Jones leave to proceed *in forma pauperis*, Docket No. 12, it is unnecessary for him to obtain further authorization from this Court, *see* FED. R. APP. P. 24(a)(3).

       The record indicates, however, that Jones has not yet filed a notice of appeal with this Court, which is the first step required for appealing from this Court's denial of his habeas petition. *See* FED. R. APP. P. 4(a)(1)(A). A notice of appeal from a judgment rendered under 28 U.S.C. § 2254 must be filed within 30 days after entry of the judgment. *Id.* The notice must include "the party or parties taking the appeal by naming each one in the caption or body of the notice," "the judgment, order, or part thereof being appealed," and "the court to which the appeal is taken." FED. R. APP. P. 3(c)(1).

       Jones' submission at Docket No. 47 contains the information required under Rule 3(c)(1) and is dated November 30, 2016, and was thus timely filed under Rule 4(a)(1)(A). The Court will therefore construe the filing as a timely-filed notice of appeal.

**IT IS THEREFORE ORDERED THAT** the motion for leave to appeal *in forma pauperis* at Docket No. 47 is **DENIED** as moot.

**IT IS FURTHER ORDERED THAT** Jones' filing at Docket No. 47 will be construed as a timely-filed notice of appeal.

Dated: December 12, 2016.

    /s/James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
Senior United States District Judge